AO 91 (Rev. 01/09)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 FEB 13 AM 9: 13

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
|  | ) Case No: 18MJ 472 |
| Sergio Alejandro SAENZ-Gonzalez | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 11, 2018 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon), an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: 8 USC 841(a)(1) and (b)(1)(D) Possession with Intent to Distribute Marijuana, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On February 11, 2018 Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration checks revealed that the defendant has been removed from the United States to Mexico on September 16, 2015 from the United States to Mexico through Del Rio, TX.

☒ Continued on the attached sheet.

*Complainant's signature*

Justin Thurnherr  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 13, 2018

City and state: Las Cruces, N.M.

*Judge's signature*
CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Sergio Alejandro SAENZ-Gonzalez

**Continuation of Statement of Facts:**
Criminal record checks revealed that the defendant was convicted of 8 USC 841(a)(1) and (b)(1)(D) Possession with Intent to Distribute Marijuana on January 24, 2011 in the United States District Court, District of Arizona and was sentenced to 15 months imprisonment. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer
**CARMEN E. GARZA**
**U.S. MAGISTRATE JUDGE**

_____
Signature of Complainant

Thurnherr, Justin
Filing Agent